

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00370-CV

———————————————

DIN SHARMA AND PADM, LLC, Appellants

V.

SHASHI TANWAR, MOHAN TANWAR, AND GARISHAM, INC., Appellees

---

On Appeal from the 17th District Court
Tarrant County, Texas
Trial Court No. 017-299369-18

---

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the parties' "Joint Motion to Set Aside Judgment and Remand to Trial Court Pursuant to Settlement Agreement," which requests that we vacate the trial court's judgment without regard to the merits and remand the case to the trial court to render a final judgment in accordance with the parties' settlement agreement. We therefore grant the motion, and effectuating the parties' settlement agreement and without regard to the merits, we vacate the trial court's judgment and remand the case to the trial court for rendition of a final judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2), 43.2(f).

Appellants must pay all costs of the appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: May 5, 2022